United States District Court
Southern District of Texas
**ENTERED**
May 01, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH W. JEAN-LOUIS, <br> Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO. B-18-003 |
| GOVERNOR OF THE STATE OF TEXAS, <br> MAYOR BROWNSVILLE TEXAS, <br> Defendants. | § § § § | |

# ORDER

Pending is the Magistrate Judge's March 28, 2018, Report and Recommendation in the above-referenced cause of action. [Doc. No. 6] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, it is ordered that Joseph W. Jean-Louis' complaint [Doc. No. 1] is dismissed without prejudice for want of prosecution.

Signed this 1st day of May, 2018.

Andrew S. Hanen
United States District Judge